IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| In the Matter of: | ) | |
|---|---|---|
| | ) | |
| Michael W. Davidson | ) | |
| SSN: XXX-XX-3867 | ) | CASE NO. 18-82270-CRJ11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## APPLICATION BY DEBTOR-IN-POSSESSION FOR
## APPROVAL OF EMPLOYMENT OF BANKRUPTCY COUNSEL

COMES NOW, Michael W. Davidson debtor and debtor-in-possession ("Debtor"), and hereby files this application for approval of employment of the law firm of Heard, Ary & Dauro, LLC, as counsel, and says as follows:

1. The Debtor filed a petition for relief under Chapter 11 of Title 11 on July 31, 2018.

2. Debtor is the duly qualified and acting debtor-in-possession in this case pursuant to 11 U.S.C. §§ 1107 and 1108.

3. Debtor, as debtor-in-possession, desires to employ as counsel, the law firm of Heard, Ary & Dauro, LLC, whose attorneys are duly admitted to practice before this Court.

4. In the opinion of the Debtor, the employment of Heard, Ary & Dauro, LLC, is in the best interest of the estate for the reason that its attorneys have considerable experience in matters of this character, and the Debtor believes that these attorneys are well-qualified to act as counsel to represent them as debtor-in-possession in this proceeding.

5. The professional services which the attorneys at Heard, Ary & Dauro, LLC are to render include:

    (a) To give Debtor legal advice with respect to its powers and duties as debtor-in-possession;

(b) To take necessary action against various creditors, entities, governmental agencies, etc., to enforce the stay and protect the interests of the Debtor;

(c) To prepare on behalf of or to assist the Debtor in preparing, as debtor-in-possession, all necessary applications, answers, orders, reports and legal papers including the formulation of a disclosure statement and plan of reorganization; and

(d) To perform all other legal services for Debtor, as debtor-in-possession, which may be necessary herein.

6. To the best of Debtor's knowledge, Heard, Ary & Dauro, LLC, and its attorneys have no connection with the creditors, or any other party in interest or the respective attorneys and each qualifies as a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

7. Debtor desires to employ Kevin D. Heard and Angela S. Ary as counsel with an effective date of July 31, 2018 for the purpose of representing the Debtor as debtor-in-possession in the bankruptcy case and any and all proceedings arising in or related thereto and such other representation and litigation as is necessary for the preservation of the rights, properties and assets for the Debtors as debtor-in-possession during the pendency of this case.

8. The terms of the employment of Heard, Ary & Dauro, LLC, agreed to by the debtor-in-possession, subject to the approval of this Court, are that Kevin D. Heard shall represent the Debtor at his standard hourly rate of $295.00 per hour and Angela S. Ary shall represent the Debtor at her standard hourly rate of $225.00 per hour. The hourly rates are subject to periodic adjustments to reflect economic and other conditions.

WHEREFORE, PREMISES CONSIDERED, your applicants pray that they be authorized to employ and appoint the law firm of Heard, Ary & Dauro, LLC as counsel under the arrangement

as hereinabove described, to represent him as debtor-in-possession in this case under Chapter 11 of Title 11 of the United States Code, with the effective date as provided herein and that this Honorable Court enter its order approving said employment and the terms of payment thereof as described in the preceding paragraphs of this application, and that the Debtor has such other and further relief as is just and proper.

Respectfully submitted this 2nd day of August, 2018.

        */s/ Kevin D. Heard*
        Kevin D. Heard

        */s/ Angela S. Ary*
        Angela S. Ary

Proposed Attorneys for Debtor
Heard, Ary & Dauro, LLC
303 Williams Avenue, Suite 921
Huntsville, Alabama 35801
256-535-0817
kheard@heardlaw.com
aary@heardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2018, I served a copy of the foregoing Application by Debtor-In-Possession for Approval of Employment of Bankruptcy Counsel on the parties listed below, and on the clerks certified matrix, by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**

Richard Blythe
Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

**Notice will not be electronically mailed to:**
MAILING MATRIX IS SERVED BY U.S. MAIL

*/s/ Kevin D. Heard*
Kevin D. Heard