# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **In re:** ) | | **Case No.** 18-82270-CRJ11 |
| Michael Wayne Davidson ) | | |
| **SSN:** xxx-xx-3867 ) | | **Chapter** 11 |
| ) | | |
| Debtor. ) | | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

COME NOW, the Estate of Julio Biora, Alejandro Rezzonico, Marina Rezzonico and Mariano Rezzonico (herein "the Biora Creditors") and motion for relief from the automatic stay as follows:

1. The Biora creditors are judgment creditors of the Debtor pursuant to the judgment orders of the Circuit Court of Madison County, Alabama.

2. Following a petition and briefing on the same, the Circuit Court taxed costs against the Debtor and Dean Hudson ("Hudson"), who was a codefendant in the Circuit Court action. A true and correct copy of the Circuit Court's order is attached hereto as Exhibit A.

3. On July 26, 2018, Debtor and Hudson moved the Circuit Court to vacate the taxation of costs. A hearing for the same was set for August 1, 2018.

4. On July 31, 2018, Debtor filed a petition for bankruptcy and consequently the Circuit Court hearing was continued.

5. The Biora Creditors seek relief from the Automatic Stay to allow them to proceed against Dean Hudson, to the extent permitted by the Circuit Court.

6. In collecting any award, the Biora Creditors will not proceed against any property of the Debtor's estate without permission from this Court.

Respectfully submitted this 20th day of November, 2018.

1

_____
Gregory H. Revera

Revera Law Firm, LLC
120 Holmes Ave. Ste. 303
Huntsville, AL 35801

Of Counsel:
Kevin Gray
Andrew Shaver
Bradley Arant Boult Cummings, LP
200 Clinton Ave. West
Suite 900
Huntsville, AL 35801

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing motion upon the debtor and parties of interest electronically, or by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 20th day of November, 2018.

| the Attorney for the Debtor: | the Debtor: |
|---|---|
| Kevin D. Heard | Michael Wayne Davidson |
| Heard, Ary & Dauro, LLC | 2808 Old Railroad Bed Road |
| 303 Williams Avenue SW | Harvest, AL 35749 |
| Park Plaza Suite 921 | |
| Huntsville, AL 35801 | |

_____
Gregory H. Revera

2