Exhibit "A"  Michael W. Davidson
Liquidation Analysis  Case No. 18-82270-CRJ

| Asset | Liquidation Value[1] | Lien | Equity |
|---|---|---|---|
| 2616 Memorial Pkwy Huntsville AL | $250,000 | $0.00 | $250,000 |
| 2808/2828 Old RR Bed Rd. Harvest, AL (50% interest) | $500,000 | $398,000[2] | $51,000 |
| 130 Shady Lane Langston, AL (50% interest) | $500,000 | $142,565 | $178,717 |
| 53 Evans Drive Langston, AL (50% interest) | $75,000 | $0 | $37,500 |
| 895 Co. Rd. 614 Mentone, AL (50% interest) | $265,000 | $0 | $132,500 |
| 178 Walton Lakeshore Dr. Panama City, FL (50% int) | $3,500 | $0 | $1,750 |
| 2017 Lincoln Navigator | $64,170 | $64,170 | $0 |
| 4x4 John Deere | $4,000 | $0 | $4,000 |
| Chevrolet Van | $1,000 | $0 | $1,000 |
| Seadoos (50% interest) | $3,500 | $0 | $1,750 |
| 2014 Boat (50% interest) | $22,500 | $0 | $11,250 |
| Trailers (50% interest) | $500 | $0 | $250 |
| Household Good Furniture (50% interest) | $6,195 | | $6,195 |
| Clothing | $250 | | $250 |
| Jewelry | $6,500 | | $6500 |
| Savings Acct RFCU (50%) | $2,000 | | $2,000 |
| Checking Acct RFCU (50%) | $2,000 | | $2,000 |
| Savings Acct RFCU (50%) | $4,000 | | $4,000 |

---

[1] Liquidation value is based upon the Debtor's best judgment or in some cases based on an existing purchase offer.

[2] Debt is owed by Dean Hudson who owns the other 50% interest in this property.

| | | | |
|---|---|---|---|
| Checking Acct RFCU (50%) | $4,000 | | $4,000 |
| Cash on hand | $40.00 | $0 | $40.00 |
| IRA | 13,500 | Exempt | $0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |