IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| Michael W. Davidson ) | |
| SSN: XXX-XX-3867 ) | CASE NO. 18-82270-CRJ11 |
| ) | |
| Debtor. ) | CHAPTER 11 |
| ) | |

### APPLICATION BY DEBTOR-IN-POSSESSION FOR
### APPROVAL OF EMPLOYMENT OF ACCOUNTANT

COMES NOW, Debtor and Debtor-in-Possession, Michael W. Davidson, ("Debtor"), by and through his undersigned counsel, and files this application for approval of employment of accountant pursuant to 11 U.S.C. § 327(a), stating the following in support thereof:

1. The Debtor filed a petition for relief under Chapter 11 of Title 11 on July 31, 2018.

2. Debtor is the duly qualified and acting debtor-in-possession in this case pursuant to 11 U.S.C. §§ 1107 and 1108.

3. Debtor, as debtor-in-possession, desires to employ, Bryan G. Patterson, CPA as accountant for the purpose of providing the Debtor with tax and accounting advice, preparation of tax returns, and providing assistance to the Debtor during this Chapter 11 case.

4. In the opinion of the Debtor, Bryan G Patterson, CPA is in the best interest of the estate. Mr. Patterson's fees correspond with the limitations of the Debtor's budget. Furthermore, the complexity of the Debtor's business operations requires experience in providing this type of advice, and the Debtor believes that Mr. Patterson is well qualified to assist him. Mr. Patterson's hourly rate is $140.00.

6. Bryan G. Patterson is not a creditor in this case and he is therefore disinterested.

7. Debtor proposes and requests that the Court authorize Debtor to pay 80% of Mr. Patterson's

fees and 100% of all out-of-pocket expenses as incurred by the Debtor on an interim basis.

8. Debtor and Bryan G. Patterson further propose that he shall file an application for interim or final compensation with the Court, which said application shall contain in detail the increments of time and/or expenses expended during the course of the representation which said application shall be heard by the Court in its normal customary manner, at which time the Court shall approve or disallow the application in whole or in part.

WHEREFORE, PREMISES CONSIDERED, your applicant prays that he be authorized to employ and appoint Bryan G. Patterson, CPA as accountant for the Debtor, under the arrangement as hereinabove described, and that this Honorable Court enter its order approving said employment and the terms of payment thereof as described in the preceding paragraphs of this application, and that the Debtor has such other and further relief as is just and proper.

Respectfully submitted on this 29th day of April, 2019.

/s/ Kevin D. Heard
KEVIN D. HEARD

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Tel: (256) 535-0817
Fax: (256) 535-0818
kheard@heardlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of April, 2019, I served a copy of the foregoing **Application by Debtor-in-Possession for Approval of Employment of Accountant** on the parties listed below and on the attached matrix by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**

Richard M Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

Jeffrey L Cook jcook7117@yahoo.com

Kevin C Gray kgray@bradley.com, kevingray671@gmail.com; ttatum@bradley.com, mpressley@bradley.com

William H Hancock bankruptcy@wolfejones.com, wmhancock@wolfejones.com

Gregory H Revera reveralaw@gmail.com

John Jeffery Rich jrich@madisoncountyal.gov

S Dagnal Rowe drowe@wilmerlee.com, dbranche@wilmerlee.com

Andrew J Shaver ashaver@bradley.com

**Notice will not be electronically mailed to:**

**All parties on the attached matrix were served via U.S. Mail.**

                                                          */s/ Kevin D. Heard*
                                                          KEVIN D. HEARD

```
Label Matrix for local noticing          *Alabama Dept of Labor                    *Alejandro Jorge Rezzonico
1126-8                                    649 Monroe Street                         c/o Mike Revera, Esq.
Case 18-82270-CRJ11                       Montgomery, AL 36131-0099                 120 Holmes Ave NE #303
NORTHERN DISTRICT OF ALABAMA                                                        Huntsville, AL 35801-4830
Decatur
Mon Apr 29 13:28:56 CDT 2019

Attorney General                          *Bazel Steuart                            *Estate of Julio Biora
United States Department                  2616 Memorial Pkwy.                       c/o Mike Revera, Esq.
of Justice                                Huntsville, AL 35810-3808                 120 Holmes Ave. NE #303
950 Pennsylvania Ave., NW                                                           Huntsville, AL 35801-4830
Washington, DC 20530-0009

Internal Revenue Service                  *Lincoln Financial                        *Mariano D. Rezzonico
PO Box 7346                               National Bankrutpcy Service Center        c/o Mike Revera, Esq.
Philadelphia, PA 19101-7346               PO Box 62180                              120 Holmes Ave. NE #303
                                          Colorado Springs, CO 80962-2180           Huntsville, AL 35801-4830

Marina Claudia Rezzonico                  *Redstone Federal Credit Union            *Secretary of the Treasury
c/o Mike Revera, Esq.                     Attn: Bankruptcy Department               1500 Pennsylvania Ave., NW
120 Holmes Ave, Esq. NE #303              220 Wynn Drive NW                         Washington, DC 20220-0001
Huntsville, AL 35801-4830                 Huntsville, AL 35806-0001

State of Alabama, Department of Revenue   *U.S. Securities and Exchange Commission  *United States Attorney
Legal Division                            Reg Director, Branch of Reorganization    Northern District of Alabama
PO Box 320001                             Atlanta Regional Office, Suite 900        1801 Fourth Avenue North
Montgomery, AL 36132-0001                 950 East Paces Ferry Road                 Birmingham, AL 35203-2101
                                          Atlanta, GA 30326-1180

United States Bankruptcy Administrator    Richard Blythe                            Richard M Blythe
Northern District of Alabama              BA Decatur                                United States Bankruptcy Administrator
1800 Fifth Avenue North                   P O Box 3045                              PO Box 3045
Birmingham, AL 35203-2111                 Decatur, AL 35602-3045                    Decatur, AL 35602-3045

Jeffrey L Cook                            Michael Wayne Davidson                    Kevin C Gray
PO Box 5585                               2808 Old Railroad Bed Road                Bradley Arant Boult Cummings LLP
Huntsville, AL 35814-5585                 Harvest, AL 35749-8323                    200 Clinton Avenue W
                                                                                    Suite 900
                                                                                    Huntsville, AL 35801-4900

Gregory H. Revera                         Gregory H. Revera                         William M. Hancock
120 Holmes Ave. NE                        Revera Law Firm, LLC                      Wolfe, Jones & Boswell
Suite 303                                 120 Holmes Ave. NE                        905 Bob Wallace Ave Ste 100
Huntsville, AL 35801-4830                 Suite 303                                 Huntsville, AL 35801-6539
                                          Huntsville, AL 35801-4830

Kevin D. Heard                            Lincoln Automotive Financial Services     Lincoln Automotive Financial Services
Heard, Ary & Dauro, LLC                   c/o S. Dagnal Rowe                        P.O. Box 62180
303 Williams Avenue SW                    Wilmer & Lee, P.A.                        Colorado Springs, CO 80962-2180
Park Plaza Suite 921                      P. O. Box 2168
Huntsville, AL 35801-6012                 Huntsville, AL 35804-2168

Lynda Hall, Madison County Tax Collector  Lynda Hall, Tax Collector of Madison CO, AL  PRA Receivables Management, LLC
100 Northside Square                      100 Northside Square, Room 116            PO Box 41021
Huntsville, AL 35801-8815                 Huntsville, AL 35801-8815                 Norfolk, VA 23541-1021
```

Redstone Federal Cedit Union
c/o C. Howard Grisham
Post Office Box 5585
Huntsville, AL 35814-5585

John Jeffery Rich
Madison County Commission
County Attorney's Office
100 North Side Square
Suite 700
Huntsville, AL 35801-8815

S. Dagnal Rowe
PO Box 2168
Huntsville, AL 35804-2168

Andrew J. Shaver
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2120

Steering Committee
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)William M. Hancock

(d)William M. Hancock
Wolfe, Jones & Boswell
905 Bob Wallace Avenue
Suite 100
Huntsville, AL 35801-6539

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Gregory H. Revera
Revera Law Firm
120 Holmes Ave. NE
Suite 303
Huntsville, AL 35801-4830

(u)Alejandro Jorge Rezzonico

(u)Mariano Damian Rezzonico

(u)Marina Claudia Rezzonico

(u)The Estate of Julio Biora

End of Label Matrix
Mailable recipients      35
Bypassed recipients       8
Total                    43