# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | |
| **Michael W. Davidson** | ) | |
| SSN: XXX-XX-3867 | ) | **CASE NO. 18-82270-CRJ11** |
| | ) | |
| Debtor. | ) | **CHAPTER 11** |
| | ) | |

## APPLICATION BY DEBTOR FOR APPROVAL
## OF EMPLOYMENT OF SPECIAL COUNSEL NUNC PRO TUNC

**COMES NOW**, Michael W. Davidson, ("Debtor") and hereby files this Application for Approval of Employment of Ronald W. Smith, P.C., 229 East Side Square, Huntsville, Alabama 35801, as Special Counsel in accordance with Section 327(e) of the United States Bankruptcy Code, and says as follows:

### JURISDICTION AND VENUE

1. On July 31, 2018 (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, §§ 101, *et. seq.* ("Bankruptcy Code"), thereby commencing a Chapter 11 case [Doc. #1].

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. The venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND INFORMATION

4. Since the Petition Date, the Debtor has continued in control and possession of his property pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee has been appointed in this case.

5. The Debtor has retained Ronald W. Smith and the law firm of Ronald W. Smith, P.C. ("Smith") to represent him in this criminal case. For the reasons set forth herein it is necessary and beneficial to the Debtors to employ Smith as Special Counsel to continue to represent him in the criminal case.

6. Debtor denies that he committed any crime. Obviously, since the automatic stay imposed pursuant to §362 does not stay criminal proceedings, it is very important to the Debtor and the estate that Debtor have qualified competent legal counsel.

## RELIEF REQUESTED

7. Pursuant to this application, Debtor seeks to employ the law firm of Ronald W. Smith, P.C. as special counsel to represent him in the criminal proceeding effective *nunc pro tunc* as of the Filing Date.

8. In the opinion of the Debtor, the employment of Ronald W. Smith of the law firm of Ronald W. Smith P.C. is in the best interest of the Debtor since he is well-qualified to act as counsel to represent the Debtor in that matter.

9. Subject to this Court's approval, and as set forth in his Declaration, Mr. Smith has been retained by the Debtor on an hourly fee basis. His hourly rate which he will charge the Debtors is $350/hour.

10. The professional services that Ronald Smith, will render include:

    a. Advising the Debtor of his rights and remedies with respect to the criminal matter;

    b. Preparing on behalf of the Debtor all necessary pleadings, briefs, and other legal documents with respect to the criminal matter;

    c. Representing the Debtor in negotiations, discussions, litigation, or other proceedings related to the criminal matter; and

    d. Performing legal services on behalf of the Debtor necessary to preserve or advance any rights and remedies the Debtor may have concerning the criminal matter.

## AUTHORITY

11. Section 327(e) of the Bankruptcy Code governs the employment of special counsel. This section provides:

> The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

12. In this case, it is in the best interest of the Debtor to employ the law firm of Ronald W. Smith, P.C, because he has considerable experience in suits of this type.

13. The Debtor is informed and believes that Mr. Smith does not represent or hold any interest adverse to the Debtor or his estate with respect to the matters on which Mr. Smith is to be employed. Section 327(e) limits the scope of the inquiry to determining whether the special purpose attorney has an interest adverse to the estate in regards "… *to the matter on which such attorney is to be employed.*" (emphasis added). See, *In re Covenant Fin. Grp. of Am., Inc.*, 243 B.R. 450, 456-57 (Bankr. N.D. Ala. 1999) (neither the disinterested standard of §327(a) or the actual conflict standard contained in §327(c) apply when considering an application to employ special counsel). As such, Mr. Smith does not have interest adverse to the Debtor in regards to the criminal matter.

    **WHEREFORE**, **PREMISES CONSIDERED**, Debtor prays that he be authorized to employ Ronald W. Smith of Ronald W. Smith, P.C., as Special Counsel to the Debtor *nunc pro tunc* to July 1, 2019, for the purposes and under the arrangements as herein above

described, and that this Honorable Court enter its order approving said employment and the terms of payment thereof as described in the preceding paragraphs of this application, and that the Debtor have such other and further relief as is just and proper.

Respectfully submitted on this 6th day of August, 2019.

/s/ Kevin D. Heard
KEVIN D. HEARD

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Tel: (256) 535-0817
Fax: (256) 535-0818
kheard@heardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2019, I served a copy of the foregoing **Application by Debtor for Approval of Employment of Special Counsel Nunc Pro Tunc** on the parties listed below and on the attached matrix by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**

Richard M Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov
Jeffrey L Cook jcook7117@yahoo.com
Kevin C Gray kgray@bradley.com, kevingray671@gmail.com; ttatum@bradley.com, mpressley@bradley.com
William H Hancock bankruptcy@wolfejones.com, wmhancock@wolfejones.com
Gregory H Revera reveralaw@gmail.com
John Jeffery Rich jrich@madisoncountyal.gov
S Dagnal Rowe drowe@wilmerlee.com, dbranche@wilmerlee.com
Andrew J Shaver ashaver@bradley.com

**Notice, via US Mail, will be sent to:**

**All parties on the attached matrix were served via U.S. Mail.**

/s/ Kevin D. Heard
KEVIN D. HEARD

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 18-82270-CRJ11<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Tue Aug  6 15:44:49 CDT 2019 | *Alabama Dept of Labor<br>649 Monroe Street<br>Montgomery, AL 36131-0099 | *Alejandro Jorge Rezzonico<br>c/o Mike Revera, Esq.<br>120 Holmes Ave NE #303<br>Huntsville, AL 35801-4830 |
| *Attorney General<br>United States Department<br>of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0009 | *Bazel Steuart<br>2616 Memorial Pkwy.<br>Huntsville, AL 35810-3808 | *Estate of Julio Biora<br>c/o Mike Revera, Esq.<br>120 Holmes Ave. NE #303<br>Huntsville, AL 35801-4830 |
| *Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | *Lincoln Financial<br>National Bankrutpcy Service Center<br>PO Box 62180<br>Colorado Springs, CO 80962-2180 | *Mariano D. Rezzonico<br>c/o Mike Revera, Esq.<br>120 Holmes Ave. NE #303<br>Huntsville, AL 35801-4830 |
| *Marina Claudia Rezzonico<br>c/o Mike Revera, Esq.<br>120 Holmes Ave, Esq. NE #303<br>Huntsville, AL 35801-4830 | *Redstone Federal Credit Union<br>Attn:  Bankruptcy Department<br>220 Wynn Drive NW<br>Huntsville, AL 35806-0001 | *Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| *State of Alabama, Department of Revenue<br>Legal Division<br>P O Box 320001<br>Montgomery, AL 36132-0001 | *U.S. Securities and Exchange Commission<br>Reg Director, Branch of Reorganization<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | *United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 |
| *United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Richard Blythe<br>BA Decatur<br>P O Box 3045<br>Decatur, AL 35602-3045 | Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 |
| Jeffrey L Cook<br>PO Box 5585<br>Huntsville, AL 35814-5585 | Michael Wayne Davidson<br>2808 Old Railroad Bed Road<br>Harvest, AL 35749-8323 | Kevin C Gray<br>Bradley Arant Boult Cummings LLP<br>200 Clinton Avenue W<br>Suite 900<br>Huntsville, AL 35801-4900 |
| Gregory H. Revera<br>120 Holmes Ave. NE<br>Suite 303<br>Huntsville, AL 35801-4830 | Gregory H. Revera<br>Revera Law Firm, LLC<br>120 Holmes Ave. NE<br>Suite 303<br>Huntsville, AL 35801-4830 | William M. Hancock<br>Wolfe, Jones & Boswell<br>905 Bob Wallace Ave Ste 100<br>Huntsville, AL 35801-6539 |
| Kevin D. Heard<br>Heard, Ary & Dauro, LLC<br>303 Williams Avenue SW<br>Park Plaza Suite 921<br>Huntsville, AL 35801-6012 | Lincoln Automotive Financial Services<br>c/o S. Dagnal Rowe<br>Wilmer & Lee, P.A.<br>P. O. Box 2168<br>Huntsville, AL 35804-2168 | Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 |
| Lynda Hall, Madison County Tax Collector<br>100 Northside Square<br>Huntsville, AL 35801-8815 | Lynda Hall, Tax Collector of Madison CO, AL<br>100 Northside Square, Room 116<br>Huntsville, AL 35801-8815 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Bryan G. Patterson<br>504 Cleveland Avenue<br>Huntsville, Al 35801-5805 | Redstone Federal Cedit Union<br>c/o C. Howard Grisham<br>Post Office Box 5585<br>Huntsville, AL 35814-5585 | John Jeffery Rich<br>Madison County Commission<br>County Attorney's Office<br>100 North Side Square<br>Suite 700<br>Huntsville, AL 35801-8815 |
| S. Dagnal Rowe<br>PO Box 2168<br>Huntsville, AL 35804-2168 | Andrew J. Shaver<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2120 | Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)William M. Hancock | (d)William M. Hancock<br>Wolfe, Jones & Boswell<br>905 Bob Wallace Avenue<br>Suite 100<br>Huntsville, AL 35801-6539 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)Gregory H. Revera<br>Revera Law Firm<br>120 Holmes Ave. NE<br>Suite 303<br>Huntsville, AL 35801-4830 | (u)Alejandro Jorge Rezzonico | (u)Mariano Damian Rezzonico |
| (u)Marina Claudia Rezzonico | (u)The Estate of Julio Biora | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    8<br>Total                44 |